**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1915**

MAGDA M. ZIDAN,

　　　　　　Plaintiff - Appellant,

　　　v.

STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　Susan K. Gauvey, Magistrate Judge.
(1:10-cv-01792-SKG)

Submitted:　November 20, 2012　　　Decided:　November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Magda M. Zidan, Appellant Pro Se.　Lisa O'Mara Arnquist, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland;
Michael O'Connor Doyle, Assistant Attorney General, Diane
Carroll Bustos, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Magda M. Zidan appeals from the magistrate judge's order* granting summary judgment in favor of Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the magistrate judge. Zidan v. Maryland, No. 1:10-cv-01792-SKG (D. Md. July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

\* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).